IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                   **PLAINTIFF**

v.                  No. 4:25-cv-634-DPM

**$14,085.00 IN US CURRENCY**                  **DEFENDANT**

## DECREE OF FORFEITURE

The United States' motion, *Doc. 2*, is granted. The Court declares that $7,042.50 of the defendant currency is forfeited to the United States. The remaining $7,042.50 of the defendant currency will be dismissed with prejudice. That money shall be returned to Faith Patton. The Court will retain jurisdiction for a time to enforce the settlement between the United States and Patton.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2025