IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                          No. 4:25-cv-634-DPM

$14,085.00 IN US CURRENCY                                    DEFENDANT

## JUDGMENT

The Court enters judgment in favor of the United States and against $7,042.50 of the defendant currency. The remainer of the *in rem* complaint is dismissed with prejudice. The Court retains jurisdiction until 29 December 2025 to enforce the settlement between the United States and Faith Patton.

_____
D.P. Marshall Jr.
United States District Judge

29 October 2025